JOHN J. TALTON, ACTING CHAPTER 13 TRUSTEE, Standing Ch

Date: November 25, 2015

Check No. 2130891

Check Amount: $1,643.09

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-50216-R | 00032 | JERRY WAYNE & SARAH JUNE MORGAN | 11 | XXXXX2447 | 1,643.09 | 0.00 | 1,643.09 |
| | | Original check written to:<br>WADLEY<br>BOX 9600 DEPT 09-010<br>TEXARKANA, TX 75505-9600 | | | | | |
| | | | **TOTALS** | | **$1,643.09** | **$0.00** | **$1,643.09** |

Case 10-50216   Doc 43   Filed 11/26/15   Entered 11/26/15 16:40:45   Desc Main Document   Page 1 of 1